# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORBERTO MEDINA, | CASE NO. 1:10-cv-00413-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR APPOINTMENT OF INMATE COUNSEL, DENYING MOTION FOR EXTENSION OF TIME TO AMEND, AND DENYING MOTION FOR SANCTIONS AND OTHER ORDERS |
| v. | |
| JAMES D. HARTLEY, et al., | |
| Defendants. | (Doc. 13) |

Plaintiff Norberto Medina, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 11, 2010. On June 30, 2010, Plaintiff filed a motion seeking to have inmate Burton Ray Bathke appointed as his counsel of record, an extension of time to file an amended complaint, and sanctions and other orders against prison officials.

Inmate Bathke, who is a non-lawyer, may not represent anyone but himself in court. Johns v. County of San Diego, 114 F.3d 874, 877 (9th Cir. 1997); C. E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987). Although Mr. Bathke may assist Plaintiff with this litigation, Plaintiff must sign every filing, and Mr. Bathke may not be designated to receive service of filings in this case and may not be appointed to represent Plaintiff.

At this stage in the proceedings, Plaintiff may file an amended complaint once as a matter of course, without leave of court. Fed. R. Civ. P. 15(a)(1). For this reason, Plaintiff's motion seeking leave to amend is unnecessary and is denied on that ground.

///

Finally, Plaintiff's complaint is pending screening by the Court. 28 U.S.C. § 1915A; Doc. 3, First Informational Order, ¶12. It has not been found to state cognizable claims for relief, the Court has not directed that service of process be initiated, and no defendant has made a voluntary appearance in this action. At this juncture in the proceedings, the Court has no jurisdiction over any prison officials and there is no legal basis for the imposition of sanctions or other orders directed at prison officials. See Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010) (for each form of relief sought in federal court, Plaintiff must establish standing). Plaintiff's motion is therefore denied.

For the reasons set forth herein, it is HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of inmate Bathke to represent him is DENIED;

2. Plaintiff's motion seeking leave to file an amended complaint is DENIED as unnecessary; and

3. Plaintiff's motion for sanctions and other orders is denied.

IT IS SO ORDERED.

**Dated:   November 23, 2010**            /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE