# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORBERTO MEDINA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMES D. HARTLEY, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | CASE NO. 1:10-cv-00413-SKO PC<br><br>ORDER DENYING MOTION FOR RECONSIDERATION, WITH PREJUDICE<br><br>(Doc. 26) |

　　　Plaintiff Norberto Medina, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 11, 2010. On June 14, 2011, this action was dismissed, with prejudice, for failure to state a claim under section 1983. 28 U.S.C. § 1915A(a). On June 22, 2011, Plaintiff filed an objection, which the Court construed as a motion for reconsideration. Fed. R. Civ. P. 60(b)(6). The Court considered the motion on its merits and denied it with prejudice. Despite the Court's ruling, Plaintiff filed a second motion for reconsideration on July 18, 2011.

　　　Plaintiff's disagreement with the Court's finding that he failed to state a claim is not grounds for reconsideration. Fed. R. Civ. P. 60(b)(6); Local Rule 230(j); Harvest v. Castro, 531 F.3d 737, 749 (9th Cir. 2008). The Court has reviewed Plaintiff's allegations and exhibits and they do not support an Eighth Amendment claim. Farmer v. Brennan, 511 U.S. 825, 847, 114 S.Ct. 1970 (1994).

///

///

Plaintiff's second motion for reconsideration, filed July 18, 2011, is DENIED, with prejudice. The Court will not consider any further motions for reconsideration by Plaintiff.

IT IS SO ORDERED.

**Dated:   July 20, 2011**                              /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE