1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9 NORBERTO MEDINA, | CASE NO. 1:10-cv-00413-SKO PC |
| 10               Plaintiff, | ORDER DENYING MOTION FOR TRANSMITTAL OF RECORD |
| 11   v. | (Doc. 33) |
| 12 JAMES D. HARTLEY, et al., | |
| 13               Defendants. | |

14

15       On October 6, 2011, Plaintiff Norberto Medina, a state prisoner proceeding who was

16 proceeding pro se and in forma pauperis in this civil rights action, filed a motion seeking transmittal

17 of the record to the Ninth Circuit Court of Appeals.  Fed. R. App. P. 10(a).

18       Pursuant to the Ninth Circuit Rules, Plaintiff, as a pro se litigant, is not required to file an

19 excerpt of the record.  Circuit Rule 30-1.2.  Plaintiff's motion is therefore DENIED.

20
21
22

23 IT IS SO ORDERED.

24 **Dated:    October 11, 2011**        _____**/s/ Sheila K. Oberto**_____
                                       UNITED STATES MAGISTRATE JUDGE

25
26
27
28

1